**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-61334-MIDDLEBROOKS

AXEL GEOVANNY SANCHEZ-TOLEDO,

      Petitioner,

v.

CYNTHIA SWAIN, WARDEN,
BROWARD TRANSITIONAL CENTER, et al.,

      Respondents.

_____/

**ORDER OF REFERENCE**

      Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta Augustin-Birch for a Report and Recommendation and to take all action required by law on the Petitioner for Writ of Habeas Corpus under 28 U.S.C. § 2241 (DE 1), filed May 5, 2026.

      **SIGNED** in Chambers, at West Palm Beach, Florida, this 6th day of May, 2026.

                                      Donald M. Middlebrooks
                                      United States District Judge

cc.

Counsel of Record