**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-61334-CV-MIDDLEBROOKS/Augustin-Birch

AXEL GEOVANNY SANCHEZ-TOLEDO,

     Petitioner,

v.

WARDEN BROWARD TRANSITIONAL
CENTER, *et al.*,

     Respondents.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), signed on May 14, 2026. (DE 8). The Report recommends granting in part Petitioner Sanchez-Toledo's petition for habeas corpus relief pursuant to 28 U.S.C. §2241. (*Id.*). The Report set a three-day deadline for the filing of objections. (DE 8 at 2). The deadline has expired and no objections have been filed.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Augustin-Birch's conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 8) is hereby **ADOPTED**.

(2) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford Petitioner an individualized bond hearing before an immigration judge within five days or release him.

(3) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 21 of May, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to:   Magistrate Judge Augustin-Birch;
             Counsel of Record;